UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIDGETTE JEFFRIES, as Guardian for
MELVIN EASON, an incapacitated person,

Plaintiff,

v.

UNITED STATES OF AMERICA, d/b/a G.V.
(SONNY) MONTGOMERY VETERANS
AFFAIRS MEDICAL CENTER,

Defendant.

No. C08-1514RSL

ORDER REGARDING TESTIMONY OF
DOCTOR SHARON LOOMIS

This matter comes before the Court on "Plaintiff's Motion to Allow Treating Doctor Sharon Loomis to Testify Regarding Mixed Questions of Law and Fact." Dkt. # 48. Having reviewed the memoranda, declarations, and exhibits submitted by the parties, and having heard the arguments of counsel, the Court finds as follows:

Dr. Loomis has been subpoenaed to testify in the above-captioned action and her testimony is not only allowed, but mandated. Dr. Loomis shall appear and testify in all respects allowed by the Federal Rules of Civil Procedure. The Veterans Administration may, if it deems it necessary, have an attorney present in the courtroom to monitor the proceedings and argue why Dr. Loomis should or should not answer a particular question.

ORDER REGARDING TESTIMONY OF
DOCTOR SHARON LOOMIS

1   For all of the foregoing reasons, plaintiff's motion to allow the testimony of Dr.
2   Loomis is GRANTED.

        Dated this 5th day of October, 2009.

                                            /s/ Robert S. Lasnik
                                            Robert S. Lasnik
                                            United States District Judge

ORDER REGARDING TESTIMONY OF
DOCTOR SHARON LOOMIS                    -2-