UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIDGETTE JEFFRIES, as Guardian for MELVIN EASON, an incapacitated person,

Plaintiff,

v.

UNITED STATES OF AMERICA, d/b/a G.V. (SONNY) MONTGOMERY VETERANS AFFAIRS MEDICAL CENTER,

Defendant.

No. C08-1514RSL

ORDER REGARDING TESTIMONY OF JULIANNA BOOR

This matter comes before the Court on "Plaintiff's Motion to Exclude Testimony of Defense Witness Julianna Boor." Dkt. # 40. Defendant did not call Ms. Boor to testify at trial. Plaintiff's motion is therefore DENIED as moot.

Dated this 13th day of October, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REGARDING TESTIMONY OF
JULIANNA BOOR