# United States District Court

WESTERN DISTRICT OF WASHINGTON

BRIDGETTE JEFFRIES, as Guardian for
MELVIN EASON, an incapacitated person,

                v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-1514RSL

___     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

      Judgment is entered in favor of plaintiff and against defendant in the amount of $3,808,892.

October 30, 2009                          BRUCE RIFKIN
                                                       Clerk

                                                  /s/Rhonda Stiles
                                                  By, Deputy Clerk