UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIDGETTE JEFFRIES, as Guardian for MELVIN EASON, an incapacitated person,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant, | No. C08-1514RSL<br><br>ORDER DENYING MOTIONS AS MOOT |

This matter comes before the Court *sua sponte*. Plaintiff has withdrawn her motion to amend judgment: the judgment entered on October 30, 2009, will therefore remain undisturbed. The "Motion of the Mississippi State Medical Association, Mississippi Hospital Association, Mississippi Nurses Association, Mississippi Dental Association, and Mississippi Health Care Association for Leave to File Brief as *Amici Curiae*" (Dkt. # 75) and the "State of Mississippi's Motion for Leave to File an *Amicus Curiae* Brief" (Dkt. # 85) are hereby DENIED as moot.

Dated this 2nd day of February, 2010.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTIONS AS MOOT